Nos. 15-3751/3799/3817/3820/3822/3823/3831/3837/3839/3850/3853/3858/3885/3887/3948

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| In re: ENVIRONMENTAL PROTECTION AGENCY AND DEPARTMENT OF DEFENSE, FINAL RULE: CLEAN WATER RULE: DEFINITION OF "WATERS OF THE UNITED STATES," 80 FED.REG.37,054, PUBLISHED ON JUNE 29, 2015 (MCP NO. 135). | ) ) ) ) ) ) |

O R D E R

**FILED**
Sep 16, 2015
DEBORAH S. HUNT, Clerk

The Judicial Panel on Multidistrict Litigation issued a consolidation order designating this court as the transferee circuit for a number of petitions for review of final rules of the United States Environmental Protection Agency and the United States Army Corps of Engineers. Pursuant to that order, multiple petitions for review were transferred to this court, and additional petitions for review were filed in this court.

In view of the nationwide scope of the rules of which review is sought, multiple and diverse parties have moved to intervene in these petitions. Some would-be intervenors seek intervention in all petitions; others only in a single petition. Some intervenors seek intervention insupport of the petitioners in some cases and in support of the respondents in others.

Upon review, all motions to intervene in these petitions hereby are GRANTED. The intervenors will be added as parties in the individual petitions and under the party alignments that they have sought.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk